UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-80607-Civ-Marra/Johnson

L.H. EQUITY INVESTMENTS, LLC

    Plaintiff,

v.

DWAYNE WADE, MARCUS ANDREWS,
HENRY THOMAS, WADE GLOBAL LLC,
CSMG SPORTS LTD., and JOHN DOES 1-10

    Defendants.
_____/

## MEDIATOR'S REPORT

A mediation conference was held in the above-styled case on September 16, 2009 and follow-up telephonic conferences with counsel were held thereafter. Counsel and the parties or representatives of all of the parties were present at the conference. No agreements were reached as a result of the mediation conference or the telephone conferences, and as a result, an impasse was declared.

                                                  WILLIAM C. HEARON, P.A.
                                                  SunTrust International Center
                                                  One Southeast Third Avenue
                                                  Suite 3000
                                                  Miami, Florida 33131
                                                  Ph: (305) 579-9813
                                                  Fax: (305) 358-4707
                                                  E-mail: bill@williamhearon.com

                                                  By: _____
                                                       William C. Hearon
                                                       Florida Bar No. 264660

CASE NO.: 09-80607-Civ-Marra/Johnson
Page 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via U.S. Mail on this 2nd day of November 2009 to:

Donald I. Baker, Esq.
Baker & Miller, PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

E. Colin Thompson, Esq.
Benjamin Boyd, Esq.
DLA Piper LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602-5809

Michael N. Kreitzer, Esq.
Scott N. Wagner, Esq.
Bilzin Sumberg Baena Price
   &amp; Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

Bruce Fein, Esq.
Bruce Fein Associates, Inc.
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

J. David Huskey, Jr., Esq.
McGee & Huskey, P.A.
2850 North Andrews Avenue
Fort Lauderdale, Florida 33311

By: _____
      William C. Hearon