UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80607-CIV-MARRA/JOHNSON

L.H. EQUITY INVESTMENTS LLC,

    Plaintiff,
vs.

DWYANE WADE, MARCUS ANDREWS, et al.,

    Defendants,

_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on the following motions: (1) Plaintiff's Motion to Compel Attendance at Deposition (D.E. #41); (2) Non-Party Patrick Riley's Motion for Protective Order (D.E. #46); (3) Non-Party Patrick Riley's Alternative Motion to Quash Subpoena (D.E. #48); and, (4) Defendants' Motion for Protective Order (D.E. #50).  Having reviewed the pleadings filed incident to these matters and being otherwise duly advised in the proceedings, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1)    Plaintiff's Motion to Compel Attendance at Deposition (D.E. #41) is

        **DENIED** as said motion to compel attendance at a deposition set in the

1

      future is improper and premature;

(2)    Non-Party Patrick Riley's Motion for Protective Order (D.E. #46) is **GRANTED BY DEFAULT** pursuant to and in accordance with L.R. 7.1C, Local Rules for the Southern District of Florida, for Plaintiff's failure and refusal to file a response in opposition to the Motion;

(3)    Non-Party Patrick Riley's Alternative Motion to Quash Subpoena (D.E. #48) is **GRANTED BY DEFAULT** pursuant to and in accordance with L.R. 7.1C, Local Rules for the Southern District of Florida, for Plaintiff's failure and refusal to file a response in opposition to the Motion. Accordingly, the subject subpoena is hereby stricken; and,

(4)    Defendants' Motion for Protective Order (D.E. #50) is **GRANTED BY DEFAULT** pursuant to and in accordance with L.R. 7.1C, Local Rules for the Southern District of Florida, for Plaintiff's failure and refusal to file a response in opposition to the Motion.

**DONE AND ORDERED** this 19th day of November, 2009, in Chambers, at West Palm Beach, Florida.

_Linnea Johnson_
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable Kenneth A. Marra
         All Counsel of Record