UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80607-CIV-MARRA/JOHNSON

L.H. EQUITY INVESTMENTS LLC,

    Plaintiff,

vs.

DWAYNE WADE, MARCUS ANDREWS,
HENRY THOMAS, WADE GLOBAL LLC,
CSMG SPORTS LTD, JOHN DOES 1-10,

    Defendants.
_____/

## ORDER

This cause is before the Court upon Defendants' Motion to Stay Discovery (DE 53), filed November 6, 2009. The motion is fully briefed and ripe for review. See DE's 60, 61. The Court has carefully considered the motion, response, and reply, and is otherwise fully advised in the premises.

Upon consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

Defendants' Motion to Stay Discovery (DE 53) is **DENIED**. "[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1336 (11th Cir. 1997). A Rule 12(b)(6) motion does not operate to stay discovery under ordinary circumstances. See, e.g., Bocciolone v. Solowsky, 2008 WL 2906719, *1 (S.D. Fla. 2008) ("Since the Eleventh Circuit handed down Chudasama, it has been analyzed on numerous occasions, and courts have consistently rejected any per se requirement to stay discovery pending resolution of a dispositive motion.").

To the extent that Defendants believe Plaintiff's discovery requests are overly "broad and

intrusive," Defendants may file appropriate motions to address those requests.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of December, 2009.

_____
KENNETH A. MARRA
United States District Judge

Copies to:

all counsel of record