UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 09-80607-CIV-MARRA/JOHNSON

L.H. EQUITY INVESTMENTS LLC,

    Plaintiff,

vs.

DWYANE WADE, MARCUS ANDREWS,
HENRY THOMAS, WADE GLOBAL LLC,
CSMG SPORTS LTD., and JOHN DOES 1-10,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Dwyane Wade, Marcus Andrews, Wade Global LLC, Henry Thomas, and CSMG Sports Ltd. hereby give notice of the decision issued by the United States Court of Appeals for the Seventh Circuit in *American Needle, Inc. v. National Football League, et al.*, 538 F.3d 736 (7th Cir. 2008). Defendants submit this decision, a copy of which is attached hereto as Exhibit "A," as supplemental authority in support of Defendants' Motion to Dismiss the Complaint dated June 4, 2009 [**D.E. #25**].

Dated: January 5, 2010.

                        Respectfully submitted,

                        By:    *s/Robert W. Turken*
                                **ROBERT W. TURKEN** (Florida Bar No. 306355)
                                rturken@bilzin.com
                                **MICHAEL N. KREITZER** (Florida Bar No. 705561)
                                mkreitzer@bilzin.com
                                **SCOTT N. WAGNER** (Florida Bar No. 51662)
                                swagner@bilzin.com

BILZIN SUMBERG BAENA PRICE
&amp; AXELROD LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

*Counsel for Defendants Dwyane Wade,
Marcus Andrews, and Wade Global LLC*


By: _s/E. Colin Thompson_
FREDRICK H.L. McCLURE (Florida Bar No. 147354)
fredrick.mcclure@dlapiper.com
E. COLIN THOMPSON (Florida Bar No. 684929)
colin.thompson@dlapiper.com
BENJAMIN S. BOYD (Florida Bar No. 50401)
benjamin.boyd@dlapiper.com
DLA PIPER LLP (US)
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

OF COUNSEL:
KENNETH G. STARLING
(District of Columbia Bar No. 197806)
kenneth.starling@dlapiper.com
DLA PIPER (US)
500 8th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4518
Facsimile: (202) 799-5519

*Counsel for Defendants Thomas &amp; CSMG Sports Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of January, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send Notices of Electronic Filing to all counsel of record identified on the attached Service List.

_s/Robert W. Turken_
Robert W. Turken, Esq.

## SERVICE LIST

Richard M. Bales, Esq.
BALES SOMMERS & KLEIN, P.A.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 1881
Miami, FL 33131
Telephone: (305) 372-1200
Facsimile: (305) 372-9008

Bruce Fein, Esq.
bruce@thelichfieldgroup.com
BRUCE FEIN & ASSOCIATES, INC.
*Co-Counsel for L.H. Equity Investments LLC*
1025 Connecticut Avenue, NW Suite 1000
Washington, DC  20036
Telephone:  (703) 963-4968
Facsimile:  (202) 478-1664

Donald I. Baker, Esq.
dbaker@bakerandmiller.com
Baker & Miller PLLC
*Co-Counsel for L.H. Equity Investments LLC*
2401 Pennsylvania Avenue, NW Suite 300
Washington, DC  20037
Telephone:  (202) 663-7820
Facsimile:  (202) 663-7849